UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:23-cv-403

| | |
|---|---|
| MARTIN MARIN GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE, OFFICER JOSHUA MICHAEL EYER, et al.,<br><br>Defendants. | **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, Martin Marin Gonzealez by and through counsel and pursuant to Rule 41 of the North Carolina Rules of Civil Procedure, and hereby voluntarily dismisses with prejudice all claims asserted against Joshua Michael Eyer, in his individual capacity, in the above-entitled action.

This the 30 day of January 2024.

/s/ Brian E. Thompson
Brian E. Thompson, Esq.
NCBN. 54316
Thompson Law Firm
301 N. Main St. Suite 2449
Winston-Salem, NC 27101
P: 336.559.7530
E: Brian@ThompsonPersonalInjury.com